United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-12422-amc
Timothy Schoell                                                     Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR            Page 1 of 1          Date Rcvd: May 22, 2018
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
db              +Timothy Schoell,   1618 Trenton Avenue,   Bristol, PA 19007-4108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

_____

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                          Signature:   /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:
          DONALD  WILLIFORD   on behalf of Debtor Timothy  Schoell don.williford@comcast.net,
           donwilliford@comcast.net;G4082@notify.cincompass.com
          KEVIN G. MCDONALD   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION Et Al...
           bkgroup@kmllawgroup.com
          ROBERT H. HOLBER   trustee@holber.com,  rholber@ecf.epiqsystems.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Timothy Schoell<br>                              Debtor(s) | CHAPTER 7 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE<br>FOR THE PENNSYLVANIA HOUSING FINANCE<br>AGENCY)<br>                              Movant<br>            vs. | NO. 18-12422 amc |
| Timothy Schoell<br>                              Debtor(s) | 11 U.S.C. Section 362 |
| Robert H. Holber Esq.<br>                              Trustee | |

## ORDER

AND NOW, this 21st day of May , 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 1618 Trenton Avenue, Bristol, PA 19007 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
Ashely M. Chan
United States Bankruptcy Judge

Timothy Schoell
1618 Trenton Avenue
Bristol, PA 19007

Donald Williford, ESQUIRE
114 Radcliffe Street, (VIA ECF)
Bristol, PA 19007

Robert H. Holber Esq.
41 East Front Street
Media, PA 19063

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532