**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Timothy Schoell : Chapter: 7
  :
　　　　Debtor(s) : Bankruptcy No.: 18-12422-AMC
  :
  :

**NOTICE OF DEFICIENCY**

PLEASE TAKE NOTE:

　　　　The above referenced Debtor has failed to appear at two (2) scheduled §341 Meetings of Creditors on 6/4/18 and 6/18/18.

　　　　DATED this 21st day of June 2018.

　　　　　　　　　　　　　　　　　　　　ANDREW R. VARA
　　　　　　　　　　　　　　　　　　　　Acting United States Trustee

　　　　　　　　　　　　　　　　　　　　By: */s/ Maria Borgesi*
　　　　　　　　　　　　　　　　　　　　　Maria Borgesi
　　　　　　　　　　　　　　　　　　　　　Paralegal