*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Timothy Schoell
    Debtor(s)

Case No: 18–12422–amc
Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Notice of Deficiency for failure to appear at the 2 previous 341 Meeting of creditors.

on: 7/18/18

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 6/22/18

Timothy B. McGrath
Clerk of Court

25 – 23
Form 167