IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| TIMOTHY SCHOELL | : |
| | :BANKRUPTCY NO. 18-12422 |
| Debtor | : |

### STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)

AND NOW, this 23rd day of July, 2018, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and attorney for Debtor, Donald Williford, Esquire, as follows:

1. The current deadline for Trustee or any party in interest to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is August 3, 2018.

2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until October 2, 2018 to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____
Robert H. Holber, Esquire
Chapter 7 Trustee

_____
Donald Williford, Esquire
Counsel for Debtor

### ORDER

AND NOW, this _____ day of _____, 2018, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Oder of this Court with full force and effect thereof.

_____
Ashely M. Chan
United States Bankruptcy Judge