IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          : CHAPTER 7
                                :
TIMOTHY SCHOELL                 :
                                :
                                :BANKRUPTCY NO.  18-12422
                                :
          Debtor                :


STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING
TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)

AND NOW, this 23rd day of July, 2018, it is hereby agreed
and stipulated between the Trustee, Robert H. Holber, Esquire,
Chapter 7 Trustee, and attorney for Debtor, Donald Williford,
Esquire, as follows:

     1.   The current deadline for Trustee or any party in
interest to file a Complaint Objecting to Discharge and Time to
Move for Dismissal (or Conversion) is August 3, 2018.

     2.   The parties hereby agree, that the Trustee, and any
parties in interest including the U.S. Trustee shall have until
October 2, 2018 to file a Complaint  Objecting to Discharge
and/or filing a Motion to Dismiss (or Convert) pursuant to 11
U.S.C. Section 707(b).  Debtor's attorney certifies that he has
specific authority from the Debtor to enter into this
Stipulation.


_____          _____
Robert H. Holber, Esquire        Donald Williford, Esquire
Chapter 7 Trustee                Counsel for Debtor


ORDER

AND NOW, this 25th  day of July     , 2018, IT IS HEREBY
ORDERED that the above Stipulation be approved and made an Oder
of this Court with full force and effect thereof.

                         _____
                         Ashely M. Chan
                         United States Bankruptcy Judge