United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-12422-amc
Timothy Schoell                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1           Date Rcvd: Jul 26, 2018
                             Form ID: pdf900         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2018.
db              +Timothy Schoell,    1618 Trenton Avenue,    Bristol, PA 19007-4108
14091669        +Aqua Pennsylvania, Inc.,    762 W Lancaster Ave,    Bryn Mawr, PA 19010-3489
14091670         Bristol Borough Water & Authority,    250 Pond St,    Bristol, PA 19007-4937
14091674        +PA Housing Finance Agency,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite5000,    Phila., PA 19106-1541
14091677        +Reliance Federal Credit Union,    20102 Valley Forge Cir,    King of Prussia, PA 19406-1118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Jul 27 2018 01:48:09     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 27 2018 01:47:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 27 2018 01:48:01     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2018 01:55:30     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14091671         E-mail/Text: bknotice@ercbpo.com Jul 27 2018 01:47:51     Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14091672         E-mail/Text: bknotice@ercbpo.com Jul 27 2018 01:47:51     Erc/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14091675         E-mail/Text: blegal@phfa.org Jul 27 2018 01:47:50     PA Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
14091676        +E-mail/Text: bankruptcygroup@peco-energy.com Jul 27 2018 01:47:21     PECO Eneergy,
                 2301 Market St,    Philadelphia, PA 19103-1380
14090716        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2018 01:55:33
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                          TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14091673         ##LVNV FUNDING,    120 N Keyser Ave,    Scranton, PA 18504-9701
                                                                         TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2018                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
              DONALD  WILLIFORD    on behalf of Debtor Timothy  Schoell don.williford@comcast.net,
               donwilliford@comcast.net;G4082@notify.cincompass.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION Et Al...
               bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          : CHAPTER 7
                                :
TIMOTHY SCHOELL                 :
                                :
                                :BANKRUPTCY NO.  18-12422
                                :
             Debtor             :

STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING
TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)

AND NOW, this 23rd day of July, 2018, it is hereby agreed
and stipulated between the Trustee, Robert H. Holber, Esquire,
Chapter 7 Trustee, and attorney for Debtor, Donald Williford,
Esquire, as follows:

1.  The current deadline for Trustee or any party in
interest to file a Complaint Objecting to Discharge and Time to
Move for Dismissal (or Conversion) is August 3, 2018.

2.  The parties hereby agree, that the Trustee, and any
parties in interest including the U.S. Trustee shall have until
October 2, 2018 to file a Complaint  Objecting to Discharge
and/or filing a Motion to Dismiss (or Convert) pursuant to 11
U.S.C. Section 707(b).  Debtor's attorney certifies that he has
specific authority from the Debtor to enter into this
Stipulation.


_____          _____
Robert H. Holber, Esquire                Donald Williford, Esquire
Chapter 7 Trustee                        Counsel for Debtor


ORDER

AND NOW, this 25th day of July , 2018, IT IS HEREBY
ORDERED that the above Stipulation be approved and made an Oder
of this Court with full force and effect thereof.


_____
Ashely M. Chan
United States Bankruptcy Judge