UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :
                                                  :    Chapter 7
    Timothy Schoell                           :
                                                  :    Bankruptcy No. 18-12422AMC
        Debtors.                              :

# O R D E R

**AND NOW**, this 23rd day of August, 2018, the Debtor having filed the above bankruptcy case on April 12, 2018,

**AND**, the Debtor having filed one (1) prior bankruptcy case before the present case:

Including case number 17-12599, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on April 12, 2017 and dismissed on November 1, 2017, 2017 for failure to make plan payments and failure to file documents,

**AND,** the docket reflecting that the Debtor has failed to appear at two scheduled 341 Meeting of Creditors,

**AND,** it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on September 11, 2018 at 11:00 a.m. in Bankruptcy Courtroom No. 4, Second Floor, Robert N.C. Nix Building & Courthouse, 900 Market Street, Philadelphia, Pennsylvania** to show cause why this

bankruptcy case should not be dismissed for Debtor's failure to attend two previously scheduled 341 Meeting of Creditors.

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval.  See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

_____
Ashely M. Chan
United States Bankruptcy Judge