United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-12422-amc
Timothy Schoell                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR          Page 1 of 1           Date Rcvd: Aug 24, 2018
                          Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2018.
db             +Timothy Schoell,    1618 Trenton Avenue,    Bristol, PA 19007-4108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2018 at the address(es) listed below:
              DONALD  WILLIFORD    on behalf of Debtor Timothy  Schoell don.williford@comcast.net,
               donwilliford@comcast.net;G4082@notify.cincompass.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION Et Al...
               bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
                                          :    Chapter 7
    Timothy Schoell                       :
                                          :    Bankruptcy No. 18-12422AMC
        Debtors.                          :

# O R D E R

**AND NOW**, this 23rd day of August, 2018, the Debtor having filed the above bankruptcy case on April 12, 2018,

**AND**, the Debtor having filed one (1) prior bankruptcy case before the present case:

Including case number 17-12599, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on April 12, 2017 and dismissed on November 1, 2017, 2017 for failure to make plan payments and failure to file documents,

**AND,** the docket reflecting that the Debtor has failed to appear at two scheduled 341 Meeting of Creditors,

**AND,** it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on September 11, 2018 at 11:00 a.m. in Bankruptcy Courtroom No. 4, Second Floor, Robert N.C. Nix Building & Courthouse, 900 Market Street, Philadelphia, Pennsylvania** to show cause why this

bankruptcy case should not be dismissed for Debtor's failure to attend two previously scheduled 341 Meeting of Creditors.

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

_____
Ashely M. Chan
United States Bankruptcy Judge