IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          : CHAPTER 7
                                :
TIMOTHY SCHOELL                 :
                                :
                                :BANKRUPTCY NO.   18-12422
                                :
            Debtor              :
                                :

STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING
TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)

AND NOW, this 24th day of September, 2018, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and attorney for Debtor, Donald Williford, Esquire, as follows:

1.    The current deadline for Trustee or any party in interest to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is October 2, 2018.

2.    The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until December 1, 2018 to file a Complaint  Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707(b).  Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____          _____
Robert H. Holber, Esquire        Donald Williford, Esquire
Chapter 7 Trustee                Counsel for Debtor

ORDER

AND NOW, this        day of         , 2018, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Oder of this Court with full force and effect thereof.

_____
Ashely M. Chan
United States Bankruptcy Judge